IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| TIONI KING, | : | |
| | : | |
|    Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | FILE NO.: 3:09-cv-00027-CDL |
| ANGEL FOOD MINISTRIES, INC.; | : | |
| ANGEL FOOD MINISTRIES-ATHENS, INC; | : | |
| GOOD HOPE FOODS, INC.; | : | |
| GOOD HOPE FOOD COMPANY, INC.; EMMANUEL PRAISE MINISTRIES; EMMANUEL PRAISE CHURCH, INC.; GOOD HOPE TRANSPORTATION, INC.; | : | |
| ANDREW WINGO; WESLEY JOSEPH ("JOE") WINGO; LINDA WINGO; JONATHON WESLEY WINGO, | : | |
| | : | |
|    Defendants. | : | |
| _____ | : | |

## STIPULATED DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff hereby dismisses all of her claims with prejudice. All Defendants stipulate to this dismissal. All parties shall bear their own fees and costs.

Respectfully submitted this January 29th, 2010.

*/s/ Steven E. Wolfe*
Counsel for Plaintiff
Tioni King


Edward D. Buckley
Buckley & Klein, LLP
Atlantic Center Plaza, Suite 1100
1180 West Peachtree Street, NW
Atlanta, GA  30309
(404) 781-1100 (Telephone)
(404) 781-1101 (Facsimile)
sewolfe@buckleyklein.com


*/s/ Benton J. Mathis, Jr.*
Counsel for Defendants
Good Hope Foods, Inc.,
Good Hope Food Company, Inc. and
Andrew Wingo

Freeman Mathis & Gary, LLP
100 Galleria Parkway
Suite 1600
Atlanta, GA  30339-5948
(770) 818-0000 (Telephone)
(770) 937-9960 (Facsimile)
bmathis@fmglaw.com

*/s/ Richard A. Carothers*
Counsel for Defendants
Angel Food Ministries,
Angel Food Ministries-Athens and
Joe Wingo


Carothers & Mitchell, LLC
1809 Buford Highway
Buford, GA  30518
(770) 932-3552 (Telephone)
(770) 932-6348 (Facsimile)
richard.carothers@carmitch.com


*/s/ Joyce Ellen Kitchens*
Counsel for Defendants
Emmanuel Praise
Ministries, Emmanuel Praise Church,
Inc., Linda Wingo and Wesley Wingo

Kitchens New Cleghorn LLC
264 North Jackson Street
Athens, GA  30601
(706) 715-3370 (Telephone)
(706) 612-1313 (Facsimile)
joyce.kitchens@knclawfirm.com

## **CERTIFICATE OF COMPLIANCE**

The undersigned certifies that the foregoing has been prepared in the Times New Roman 14 font, as approved by the Court in LR 5.1B.

                                              s/ Steven E. Wolfe
                                              Georgia Bar No. 142441
                                              sewolfe@buckleyklein.com